No. 818. KERR GLASS MFG. CORP. *v.* SUPERIOR COURT OF WASHINGTON FOR KING COUNTY ET AL.

Jurisdictional statement submitted May 16, 1932. Decided May 23, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a properly presented federal question. *Manhattan Life Insurance Co.* v. *Cohen,* 234 U. S. 123, 134; *Cleveland & Pittsburgh R. Co.* v. *Cleveland,* 235 U. S. 50, 53; *Hiawassee River Power Co.* v. *Carolina-Tennessee Power Co.,* 252 U. S. 341, 344; *White River Co.* v. *Arkansas,* 279 U. S. 692, 700. Treating the papers whereon the appeal was allowed as a petition for writ of certiorari (§ 237 (c), Judicial Code as amended, 43 Stat. 936, 938), certiorari is denied. *Messrs. W. V. Tanner, John P. Garvin, Walter*

*Schaffner,* and *A. E. Clark* for appellant. *Mr. Samuel B. Bassett* for appellees. 